# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:10CR288 |
| ) | |
| vs. ) | ORDER |
| ) | |
| MARIA GENCHI-OSUNA, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motion of defendant Maria Genchi-Osuna (Genchi-Osuna) for release with conditions (Filing No. 21).  Genchi-Osuna seeks release to a third -party custodian in Omaha, Nebraska.

Genchi-Osuna's current proposal is little different than that proposed at the hearing on August 31, 2010.   Most of Genchi-Osuna's close relatives, including her children, reside in Mexico or are in the United States illegally.  Placement with a friend who is a United States citizen does not reasonably assure her presence for further proceedings in this matter.

**IT IS ORDERED:**

Genchi-Osuna's motion for release with conditions (Filing No. 21) is denied.

DATED this 16th day of September, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge